P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS OF TEXAS

MIDLAND / ODESSA

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

US POSTAGE **PITNEY BOWES**
$ 000.40⁶
ZIP 78701
02 1W
0001401603 MAY. 21. 2015

PRESORT
FIRST CLASS

RE: WR-81,487-01

OSCAR ORLANDO ORTIZ
#1525993

ANK

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

05/28